UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRANK POMPILIO, RITA TORRES,
SAMANTHA CHUSKAS, SHERLY GATTOF,
and ROBBY HARPER, individually and on
behalf of all others similarly situated,                ORDER

                              Plaintiffs,        24-CV-08220 (PMH)

v.

BOAR'S HEAD PROVISIONS CO. INC.,

                              Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The Final Approval Hearing scheduled for August 13, 2025 is adjourned to 4:15 p.m. that day and will be held in Courtroom 620 of the White Plains courthouse.

In advance of the Final Approval Hearing and in connection therewith, the parties shall file, no later than 5:00 p.m. on August 1, 2025, the motion for final approval of class action settlement and motion for attorneys' fees, service awards, and expenses including claims administrator, together with proposed orders. The Court expects the motion for attorneys' fees to address the *Goldberger* test, include a lodestar cross-check, and be supported by detailed time records.

**SO ORDERED:**

Dated: White Plains, New York
        July 25, 2025

_____
Philip M. Halpern
United States District Judge