UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK POMPILIO, RITA TORRES, SAMANTHA CHUSKAS, SHERLY GATTOF, AND ROBBY HARPER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>BOAR'S HEAD PROVISIONS CO. INC.,<br><br>Defendant. | Case No. 7:24-cv-08220<br><br>Hon. Philip M. Halpern |

# PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE THAT, on August 13, 2025, at 2:30 p.m. in the Courtroom of the Philip M. Halpern, United States District Court, Southern District of New York, Plaintiffs Frank Pompilio, Rita Torres, Samantha Chuskas, Sherly Gattof, and Robby Harper (collectively, "Plaintiffs"), will and hereby do move the Court for an order of Final Approval of the Class Action Settlement and respectfully move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for final approval of a proposed Settlement with Defendant Boar's Head Provisions Co., Inc. ("Defendant") and affirmation of the certification of the Settlement Class defined in the Settlement Agreement.

The motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement and supporting documents, the Declaration of Jason Sultzer, and the Declaration and of Steven Weisbrot of Angieon Group,

the exhibits attached thereto, all the pleadings and documents on file in this action, and such other matters as may be presented at or before the hearing.

For the reasons set forth more particularly in the accompanying Memorandum and supporting exhibits, Plaintiffs request that the Court grant this Motion.

Dated: August 1, 2025                              Respectfully submitted,


                                                     **By: /s/ Jason Sultzer**
**SULTZER & LIPARI, PLLC**
Jason P. Sultzer, Esq.
Jeremy Francis, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12061
Tel: (845) 483-7100
Fax: (888) 749-7747
E-Mail: sultzerj@thesultzerlawgroup.com
          francisj@thesultzerlawgroup.com

**REESE LLP**
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-0500
*mreese@reesellp.com*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu III, Esq.
6905 Telegraph Road, Suite 115 Bloomfield Hills, Michigan 48301
Tel: (313) 303-3472
*nsuciu@milberg.com*

**POULIN WILLEY ANASTAPOULO**
Paul Doolittle
32 Ann St,
Charleston, SC 29403
Telephone: (800) 313-2546
Email: *pauld@akimlawfirm.com*

**LEVIN SEDRAN & BERMAN LLP**
Charles E. Schaffer
510 Walnut Street, Suite 500
Philadelphia, Pa. 19106
Telephone: (215) 592-1500
Email: *cschaffer@lfsblaw.com*

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown
Andrew Costello
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550
*jbrown@leedsbrownlaw.com*

*Attorneys for Plaintiffs and the Settlement Class*